# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2385
Lower Tribunal No. CF19-002318-XX

_____

WILLIAM KENNETH GILBERT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

June 11, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE, J., and LAMBERT, B.D., Associate Judge, concur.


Michael Hrdlicka, of Gomez & Touger, P.A., Lakeland, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED